UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:21-cv-61085-RAR

MASSIMILIANO CAVALERA,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.

_________________________________________/

**NOTICE OF ENTRY OF PARTIES**

Plaintiff hereby gives notice that the Defendants[1] identified below are being added as parties to this matter.

yanxiaojian358595
Oliver Flood
duhuimin88866
Skfkektmeotnerirjifnfjtgir32
liaohuizhen fashion
linchangbiao8752895
lixinran42164
qianbaolin0514
Frederick Crook
crngnangr
zengjiaxiong Store
chenhuiying17367
yuyixi1121
qituo454684
xiaodi363744
longxingwen5287
Kimberly Golden
ZhouLi608521

---

[1] Defendants were previously listed on Schedule A to the Amended Complaint.

LajianggougEz
Dominick Arroyo
zhangyufeng0606
lijinduo55855
QQW5666
songxiaoyu474747
licuihua123
2ccm
LiuSiqi1115
Linda Bentley
liushuhua123456
puan fashoin
mafengqin159357
xuxiaolong1316
leakxbqhfsnn
Jaysi
zhangjinsuo720925
oharalavern
canbencanben
zhongdawen Store
liujie345
shenpohuang21
maofucui552
Clothing 3D store
liuwenqian66058
amwaoyingwan
luizijun12345
hongmei fashion
wuzongxin66885
linhongzhi
huanghongkai30964
duanjian12345
yuxiaolan fashion
gahsuiagtpoas
zhangsan7320
YuanzhanchuanglanfNo
guokang166836
wangyunan2014
yuyixi1121
LiebaguanyuanlB

yinyongqiang45765
zhanglanzhen66058
Qinmeicheng0216
xieqingqing3688
Chenfang258
huanwuse2
Songyangyang456
Ruthaashh
Bloomystar
Edwin Morales66
xiebinbin5201314
Debriyren Bedclotehs
huxiaolong723
YIJIN44
h8239eed
sjbyel wholeshop
Fallrain Bedding
K8K8K8
YIJIN10
caoqingguo667830
Zzcorom
Kernisrjekrjekdnkdfndksj54
lishun123
qixueyu1994
lvwenjia Store
wanghongtao12345
zhuemu42
LianTingYi68235
mushaejea
wangyan769
Marjorie D Blount
Hexiaowei2288
liyang111
LIUZHIQI66058
zhaoxiaoqiong25
hesiyu852
huchunyang4578
lliyanhong369
jiangkeyu fashion
mengfanwei66058

Eorkeofkdkfnskfmeigjfjch35
wangyunan2014

Dated: August 11, 2021

THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Tel: 305-728-8831
Fax: 305-428-2450

*/s/ Nicole Fundora*______________
Richard Guerra
Fla. Bar No. 689521
Email: rguerra@brickellip.com
Nicole Fundora
Fla. Bar No. 1010231
Email: nfundora@brickellip.com
*Counsel for Plaintiff*